| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Julie C. Lim (SBN 237817)<br>LAW OFFICES OF JULIE C. LIM<br>714 W. Olympic Blvd., Suite 903<br>Los Angeles, CA 90015<br>Tel: (213) 765-0018<br>Fax: (213) 765-0158<br><br><br>*Attorney for Debtor/Plaintiff Trenita LaVonce Wilson* | **FILED & ENTERED**<br><br>OCT 06 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY speters   DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:  TRENITA LAVONCE WILSON,

                                                            Debtor.

| | |
|---|---|
| TRENITA LAVONCE WILSON,<br><br><br><br>                                          Plaintiff(s),<br><br>                    vs.<br><br>INDYMAC BANK F.S.B., et. al.,<br><br>                                          Defendant(s). | CHAPTER   13<br><br>CASE NUMBER   2:10-bk-25354-VZ<br><br>ADVERSARY NUMBER 2:10-AP-02057-VZ<br><br>DATE:  September 28, 2010<br><br>TIME:   11:00 a.m.<br><br>COURTROOM: 1368 |

## DEFAULT JUDGMENT
## (WITHOUT PRIOR JUDGMENT)

Based on the Defendant's failure to respond to the Complaint, the Court renders its judgment as follows:

1.  Judgment shall be entered in favor of Plaintiff (*specify name*):  TRENITA LAVONCE WILSON
    and against Defendant (*specify name*):  INDYMAC BANK, FSB, et. al.

2.  a.  ☐  Plaintiff is awarded damages in the following amount:                    $
    b.  ☐  Plaintiff is awarded costs in the following amount:                       $
    c.  ☐  Plaintiff is awarded attorney fees in the following amount:            $
    d.  ☐  Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this Judgment
            (*Specify date from which interest shall begin to run*):
    e.  ☒  Plaintiff is granted the following relief (*specify*):            ☒        See Attached Page

3.  ☐  This Judgment or claim is determined to be non-dischargeable under:   ☐     Bankruptcy Code §523(a)____
                                                                                            ☐     Other (*specify*):

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                   **F 9021-1.4**

*(This Order is continued on the next page.)*

The claim of the Defendant secured by the second deed of trust on the Debtor's real property commonly known as 4143 S. Victoria Avenue, Los Angeles, CA 90008 (the "Property") shall be paid through the Plaintiff's chapter 13 plan as a general unsecured claim.

If the Plaintiff completes the chapter 13 plan and receives a discharge in this chapter 13 case, the Defendant shall, upon receipt of notice of the discharge, promptly record a reconveyance of its second deed of trust against the Property.

Should the chapter 13 case be dismissed or converted to another chapter under Title 11, or should the Plaintiff fail to receive a discharge in this chapter 13 case, the Defendant's second deed of trust on the Property shall be unaffected by this bankruptcy case and shall remain a lien against the Property.

Should a senior lienholder on the Property foreclose on the Property prior to the date on which the Plaintiff receives a discharge in this chapter 13 case, the Defendant shall retain all rights under applicable state law with regard to its lien.

The parties shall bear their own costs

DATED: October 6, 2010

_____
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Default Judgment (Without Prior Judgment) – *Page* 3                                   **F 9021-1.4**

| In re:<br>TRENITA LAVONCE WILSON,<br><br>Debtor( s). | CHAPTER: 13<br>CASE NUMBER: 2:10-bk-25354-VZ<br>ADV. CASE NUMBER:  2:10-ap-02057-VZ |
|---|---|

4.   ☐   The Court further adjudges as follows:                    ☐        See Attached Page

####

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page 4*    **F 9021-1.4**

| In re:<br>TRENITA LAVONCE WILSON,<br><br><div align="right">Debtor( s).</div> | CHAPTER: 13<br>CASE NUMBER: 2:10-bk-25354-VZ<br>ADV. CASE NUMBER: 2:10-ap-02057-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
714 W. Olympic Blvd., Suite 903, Los Angeles, CA 90015

A true and correct copy of the foregoing document described **DEFAULT JUDGMENT (WITHOUT PRIOR JUDGMENT)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___9/27/2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/27/2010 | Angela Sever | /s/ Angela Sever |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 5                    **F 9021-1.4**

| | |
|---|---|
| In re:<br>TRENITA LAVONCE WILSON,<br><br>Debtor( s). | CHAPTER:  13<br>CASE NUMBER: 2:10-bk-25354-VZ<br>ADV. CASE NUMBER:  2:10-ap-02057-VZ |

Indymac Bank, FSB
3465 E. Foothill Blvd.
Pasadena, CA 91107

Indymac Mortgage Services, a Division of OneWest Bank, FSB
888 E. Walnut Street
Pasadena, CA 91107

OneWest Bank
888 E. Walnut Street
Pasadena, CA 91101

Christopher S. Hoo, Esq. (Attorney for Defendant/Creditor)
Randall S. Miller & Associates, PC
43252  Woodward Ave., Suite 180
Bloomfield Hills, MI 48302

Hon. Judge Vincent Zurzolo
255 E. Temple St., Ste. 1360
Los Angeles, CA 90012

Trenita Lavonce Wilson
4143 S. Victoria Ave.
Los Angeles, CA 90008

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                    **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 6

**F 9021-1.4**

| In re:<br>TRENITA LAVONCE WILSON,<br><br>Debtor( s). | CHAPTER: 13<br>CASE NUMBER: 2:10-bk-25354-VZ<br>ADV. CASE NUMBER: 2:10-ap-02057-VZ |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ____DEFAULT JUDGMENT (WITHOUT PRIOR JUDGMENT) was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____9/27/2010_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
Nancy Curry:  ecfnc@trustee13.com
Julie Lim:    limlawfirm@gmail.com
United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 7

**F 9021-1.4**

| In re:<br>TRENITA LAVONCE WILSON,<br><br>Debtor( s). | CHAPTER: 13<br>CASE NUMBER: 2:10-bk-25354-VZ<br>ADV. CASE NUMBER: 2:10-ap-02057-VZ |
| --- | --- |

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                     **F 9021-1.4**